

EXHIBIT A

