1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| EMANUEL OWENS, | CASE NO. C20-6081JLR |
|---|---|
| Plaintiff, | ORDER OF REFERENCE |
| v. | |
| BLACK HILLS, INC., et al., | |
| Defendants. | |

This action is assigned to the Honorable James L. Robart, United States District Judge. All future documents filed in this case must bear the cause number C20-6081JLR-MLP. The court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule MJR 3, the court hereby refers to Magistrate Judge Michelle L. Peterson all motions to amend or supplement the pleadings under Federal Rule of Civil Procedure 15, and all motions related to discovery

ORDER - 1

1  disputes, including but not limited to motions to compel discovery, motions for a

2  protective order related to discovery, and motions related to issues of privilege.  *See* 28

3  U.S.C. § 636(b)(1)(A); Local Rules W.D. Wash. MJR 3(a).  Federal Rule of Civil

4  Procedure 72(a) governs any objections to Magistrate Judge Michelle L. Peterson's

5  rulings concerning the above-described discovery motions.  *See* Fed. R. Civ. P. 72(a);

6  Local Rules W.D. Wash. MJR 3(b).

7        Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the court

8  also hereby refers to Magistrate Judge Michelle L. Peterson for preparation of a report

9  and recommendation all motions (1) for a temporary restraining order pursuant to Federal

10  Rule of Civil Procedure 65(b); [1] (2) for judgment on the pleadings pursuant to Federal

11  Rule of Civil Procedure 12(c); (3) to dismiss pursuant to Federal Rule of Civil Procedure

12  12(b); and (4) for a default judgment pursuant to Federal Rule of Civil Procedure 55(b).

13  *See* 28 U.S.C. § 636(b)(1)(B); Local Rules W.D. Wash. MJR(a)(3).  Federal Rule of Civil

14  Procedure 72(b) governs any further proceedings in this court after Magistrate Judge

15  Michelle L. Peterson files a report and recommendation.  *See* Fed. R. Civ. P. 72(b); Local

16  Rules W.D. Wash. MJR 4(c).

17        Accordingly, the court ORDERS that the above-entitled action is referred to

18  Magistrate Judge Michelle L. Peterson for the specific purposes and types of motions

19  described herein.  The court further DIRECTS and EMPOWERS Magistrate Judge

20

21

22      [1] For motions for a temporary restraining order, Magistrate Judge Michelle L. Peterson is authorized to prepare the order as recommended for the undersigned's signature.

Michelle L. Peterson to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this order.

Dated this 30th day of November, 2020.

        JAMES L. ROBART
        United States District Judge